# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RICHARD HOCKSTEIN, Derivatively on Behalf of GENERAL MOTORS COMPANY, | Civil Action No.: 2:14-cv-11277-RHC-MKM |
| Plaintiff, | Judge Robert H. Cleland |
| v. | Magistrate Judge Mona K. Majzoub |
| MARY T. BARRA, et al | |
| Defendants, -and- | |
| GENERAL MOTORS COMPANY, a Delaware corporation, | |
| Nominal Defendant. | |
| And | |
| THE POLICE RETIREMENT SYSTEM OF ST. LOUIS, Derivatively on Behalf of GENERAL MOTORS COMPANY, | Civil Action No.: 2:14-cv-11624-RHC-MKM |
| Plaintiff, | Judge Robert H. Cleland |
| v. | Magistrate Judge Mona K. Majzoub |
| MARY T. BARRA, et al. | |
| Defendants, -and- | |
| GENERAL MOTORS COMPANY, a Delaware corporation, | |
| Nominal Defendant. | |

## STIPULATION AND ORDER
## TO CONSOLIDATE RELATED ACTIONS

The parties to the above-captioned shareholder derivative actions (the "Related Actions"), by and through their respective counsel, hereby enter into the following stipulation (the "Stipulation"):

WHEREAS, on March 28, 2014, plaintiff Richard Hockstein filed his Verified Shareholder Derivative Complaint for Breach of Fiduciary Duty, Waste of Corporate Assets, and Unjust Enrichment on behalf of General Motors Company ("GM" or the "Company") against certain of the Company's officers and directors (the "Individual Defendants," and, collectively with GM, "Defendants");

WHEREAS, on April 23, 2014, plaintiff The Police Retirement System of St. Louis filed a Verified Shareholder Derivative Complaint for Breach of Fiduciary Duty, Waste of Corporate Assets, and Unjust Enrichment on behalf of GM against the same Individual Defendants (Case No. 2:14-CV-11624);

WHEREAS, on May 6, 2014, an order was entered reassigning Case No. 2:14-CV-11624 to this Court;

WHEREAS, Defendants take no position with respect to appointment of lead and liaison counsel; and

WHEREAS, the parties agree that, as the Related Actions involve the same or similar parties and arise out of the same transactions or events, consolidation of the Related Actions will promote judicial economy.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by all parties, subject to approval of the Court, as follows:

1. The Related Actions shall be consolidated for all purposes including trial, under Lead Case No.: 2:14-cv-11277-RHC-MKM, and shall bear the following caption:

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE GENERAL MOTORS COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No.: 2:14-cv-11277-RHC-MKM |
| | Judge Robert H. Cleland |
| This Document Relates To: | Magistrate Judge Mona K. Majzoub |
| ALL ACTIONS | |

2. Robbins Arroyo LLP shall serve as Lead Counsel and Mantese HonigmanRossman and Williamson, P.C. shall serve as Liaison Counsel for the consolidated action.

3. Plaintiffs' Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

4. Plaintiffs' Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through plaintiffs' Lead Counsel.

5. Plaintiffs' Liaison Counsel shall be available and responsible for communication to and from this Court, including distributing orders and other directions from the Court to counsel. Plaintiffs' Liaison Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

6. Defendants' counsel may rely upon all agreements made with plaintiffs' Lead Counsel, or other duly authorized representative of plaintiffs' Lead Counsel, and such agreements shall be binding on all plaintiffs.

7. Undersigned counsel for Defendants hereby accept service on behalf of all Defendants in each of the Related Actions.

8. Notwithstanding the language in any waivers filed in the Related Actions, no Defendant shall be required to respond to the complaints that were filed in the Related Actions on March 28, 2014, and April 23, 2014, respectively.

9. Within 30 days of entry of this order, the parties shall submit to the Court a proposed schedule concerning the designation or filing of an operative complaint by Plaintiffs, Defendants' response thereto, any subsequent briefing, and

any other appropriate case management issues to which the parties wish to stipulate.

10. Nothing herein shall otherwise constitute or be deemed a waiver of any claim, defense, or argument by any Plaintiff or Defendant.

11. This Order shall apply to each case arising out of the same, or substantially the same, transactions or events as these cases, which is subsequently filed in, remanded to, reassigned to, or transferred to this Court. When a case which properly belongs as part of *In re General Motors Company Shareholder Derivative Litigation*, Lead Case No. 2:14-cv-11277-RHC-MKM, is hereafter filed in this Court, reassigned to the Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the Clerk of the Court the filing, reassignment, or transfer of any case which might properly be consolidated as part of *In re General Motors Company Shareholder Derivative Litigation*, Lead Case No. 2:14-cv-11277-RHC-MKM, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

          **SO ORDERED**:

          s/Robert H. Cleland
          THE HONORABLE ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: May 27, 2014

Stipulated To and Approved By:

Dated: May 14, 2014				MANTESE HONIGMAN ROSSMAN
						AND WILLIAMSON, P.C.

						/s/ David Honigman
						DAVID HONIGMAN (P33146)
						1361 E. Big Beaver Road
						Troy, MI 48083
						Telephone: (248) 457-9200
						Facsimile: (248) 457-9201
						dhonigman@manteselaw.com

						ROBBINS ARROYO LLP
						BRIAN J. ROBBINS
						KEVIN A. SEELY
						JAY N. RAZZOUK
						600 B Street, Suite 1900
						San Diego, CA 92101
						Telephone: (619) 525-3990
						Facsimile: (619) 525-3991
						brobbins@robbinsarroyo.com
						kseely@robbinsarroyo.com
						jrazzouk@robbinsarroyo.com
						*Attorneys for Plaintiffs Richard*
						*Hockstein and The Police Retirement*
						*System of St. Louis*

						LAW OFFICE OF DEBRA S. GOODMAN
						DEBRA S. GOODMAN
						1301 Skippack Pike Suite 7A #133
						Blue Bell, PA 19422
						Telephone: (610) 277-6057
						Facsimile: (484) 231-1922
						debbie419@comcast.net
						*Attorneys for Plaintiffs Richard Hockstein*

HONIGMAN MILLER SCHWARTZ AND COHN LLP

/s/ Raymond W. Henney
      RAYMOND W. HENNEY
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7410
Facsimile: (313) 465-7411
rhenney@honigman.com

and

KIRKLAND & ELLIS LLP
ROBERT J. KOPECKY
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*Attorneys for Nominal Defendant General Motors Company*

BARRIS, SOTT, DEAN & DRIKER P.L.L.C.

/s/ Daniel J. Lacombe
      DANIEL J. LACOMBE
211 W. Fort St., 15th Floor
Detroit, MI 48226-3281
Telephone: (313) 596-9309
Facsimile: (313) 983-3331
dlacombe@bsdd.com
*Attorneys for Defendants Mary T. Barra, Theodore M. Solso, Stephen J. Girsky, Patricia F. Russo, Thomas M. Schoewe, Erroll B. Davis, Jr., Kathryn V. Marinello, Robert D. Krebs, Cynthia A. Telles, James L. Mulva, Michael G. Mullen, David Bonderman, E. Neville Isdell, Carol M. Stephenson, Daniel F. Akerson, Edward E. Whitacre, Jr., and Philip A. Laskawy*