UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE POLICE RETIREMENT SYSTEM OF ST. LOUIS, derivatively on behalf of GENERAL MOTORS COMPANY

    Plaintiff,

v.                                                     Case No. 14-11624

MARY T. BARRA, et al.,

    Defendants.

                                          /

## ORDER OF CONSOLIDATION

To promote convenience and judicial economy, and to avoid unnecessary costs and delay, pursuant to Fed. R. Civ. P. 42(a),

IT IS ORDERED that case number 14-11624 is consolidated with case number 14-11277 for all purposes, including trial.

IT IS FURTHER ORDERED that all subsequent papers filed after the date of this order shall be entered on case number 14-11277.

IT IS FURTHER ORDERED that case number 14-11624 is ADMINISTRATIVELY CLOSED.

                                                 s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: May 27, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 27, 2014, by electronic and/or ordinary mail.

                                                      s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522