**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE GENERAL MOTORS
COMPANY SHAREHOLDER
DERIVATIVE LITIGATION

Case No. 14-11277

_____/

**ORDER SETTING INITIAL CASE SCHEDULE**

On July 9, 2014, the court held a telephonic status conference with the parties to discuss a proposed schedule for the case. Following the parties' agreement during the status conference,

IT IS ORDERED that Plaintiffs are DIRECTED to file a consolidated complaint by **August 21, 2014.** Defendants are DIRECTED to answer or otherwise plead by **October 2, 2014.** The court's normal briefing schedule will follow. *See* E.D. Mich. Local R. 7.1(e).

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: July 14, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 14, 2014, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\14-11277.GMDERIVATIVE.OrderInitialCaseSchedule.jac.wpd