UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Richard Hockstein, et al.,

                Plaintiff(s),

v.                                              Case No. 2:14−cv−11277−RHC−MKM
                                              Hon. Robert H. Cleland

Mary T. Barra, et al.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Robert H. Cleland at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 712. The following motion(s) are scheduled for hearing:

      Motion − #45

- MOTION HEARING:  December 17, 2014 at 02:30 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/L. Wagner
                                                       Case Manager

Dated:  October 27, 2014