# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE GENERAL MOTORS
COMPANY SHAREHOLDER
DERIVATIVE LITIGATION

Case No. 14-11277

_____/

### ORDER ADMINISTRATIVELY CLOSING CASE

On December 12, 2014, the parties submitted letter memoranda at the court's direction. The parties agreed that it is in the interest of judicial economy to suspend proceedings in this case pending the disposition of the parallel action currently being litigated in Delaware Chancery Court (*In re General Motors Deriv. Litig.*, C.A. No. 9627-VCG) (the "Delaware Action"). Accordingly,

IT IS ORDERED that all proceedings in this case are SUSPENDED and Defendants' Motion to Dismiss (Dkt. # 45) is HELD IN ABEYANCE.

IT IS FURTHER ORDERED that in the event Defendants' motion to dismiss the Delaware Action is denied and Plaintiffs are coordinating with plaintiffs in the Delaware Action, Defendants are DIRECTED to provide Plaintiffs with documents they produce to the plaintiffs in response to discovery requests served in that action.

IT IS FURTHER ORDERED that Defendants shall give notice of any mediation of other substantive settlement discussions concerning the derivative claims.

The clerk of the court is DIRECTED to administratively close this matter for statistical purposes only. **Nothing in this order shall be deemed to adversely affect**

**or in any way impact the parties' rights.** If, at any time, either party wishes to reopen this case they may file a "Notice of Reopening," whereupon the case will be immediately reopened, with all rights preserved as of the date of this order.

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: January 11, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 11, 2015, by electronic and/or ordinary mail.

          s/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522